**Order filed, August 17, 2016.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00540-CV**
_____

**FELIX P. BABAUTA, Appellant**

**V.**

**DEBRA V. JENNINGS AND RALPAHELL V. WILKINS, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-23475**

---

## ORDER

The reporter's record in this case was due **August 08, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Karen DeShetler**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM